UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  17-38011 |
| Tracy D Cummings | ) | |
| | ) | Chapter:  13 |
| | ) | Honorable Carol A. Doyle |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**Order Granting Relief from Stay as to 1362 Jefferson**

     Movant Leonard Galati having presented his motion for relief from the automatic stay as to an apartment at 1362 Jefferson, Des Plaines, IL,

  IT IS HEREBY ORDERED that the automatic stay in section 362 of the Bankruptcy Code is modified to permit Galati to exercise his rights against debtor Tracy Cummings under nonbankruptcy law regarding Apartment 301 at 1362 Jefferson, Des Plaines, IL, including pursuing eviction proceedings in the state court.  Galati is not permitted, however, to attempt to collect any money judgment entered against Cummings except through Cummings' bankruptcy case.

  The stay in Rule 4003(a)(1) of the Federal Rules of Bankruptcy Procedure does not apply to this order so it is effective immediately upon entry.

Enter:

*Carol Doyle*

Honorable Carol A. Doyle

United States Bankruptcy Judge

Dated:  April 10, 2018